Same case below, 626 F.3d 857.

No. 10-1222. Ajay Gaalla, et al., Petitioners v. Citizens Medical Center, et al.

563 U.S. 990, 131 S. Ct. 2466, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3757.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 407 Fed. Appx. 810.

No. 10-1228. David A. Fernandes, Jr., Petitioner v. Connecticut.

563 U.S. 990, 131 S. Ct. 2469, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3720.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 300 Conn. 104, 12 A.3d 925.

No. 10-1234. Richard Schaller, Petitioner v. United States.

563 U.S. 990, 131 S. Ct. 2469, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3651.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 419.

No. 10-1237. Tyrone Tidwell, Petitioner v. United States.

563 U.S. 990, 131 S. Ct. 2469, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3786.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-1239. Arnesto Segredo, Petitioner v. United States.

563 U.S. 990, 131 S. Ct. 2480, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3693.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 414 Fed. Appx. 184.

No. 10-1242. Allen Leon Sammons, Petitioner v. United States.

563 U.S. 990, 131 S. Ct. 2471, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3790.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 724.

No. 10-1243. Thomas Cunningham, Petitioner v. United States.

563 U.S. 990, 131 S. Ct. 2471, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3796.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 393 Fed. Appx. 403.

No. 10-1250. Angel Figueroa, Petitioner v. United States.

563 U.S. 990, 131 S. Ct. 2471, 179 L. Ed. 2d 1213, 2011 U.S. LEXIS 3821.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 394 Fed. Appx. 315.